**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Chris J. Parrill aka Chris J. Parrill, Sr. <br> & <br> Margaret A. Parrill <br> <u>Debtors</u> | CHAPTER 13 <br><br> BKY. NO. 17-21210 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   jwarmbrodt@kmllawgroup.com
                                   Attorney I.D. No. 42524
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   Phone: (215)-627-1322


                                   Attorney for Movant/Applicant