IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.   17-21210 JAD |
| | : | |
| Chris J. Parrill and Margaret A. Parrill, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. |
| | : | |
| Chris J. Parrill and Margaret A. Parrill, | : | |
| | : | Related to Document No.   9 |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | Motion to Extend Time for Filing |
| No Respondents. | : | Schedules and Chapter 13 Plan |

## ORDER

And now, this ___12th___ day of April, 2017, the time for Debtors to file their schedules and Chapter 13 plan is hereby extended until April 24, 2017.

Prepared by Daniel R. White, Esq.

By the Court,

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
4/12/17 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21210-JAD
Chris J. Parrill                                                      Chapter 13
Margaret A. Parrill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Apr 12, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
db/jdb         +Chris J. Parrill,    Margaret A. Parrill,    224 Vine Street,    Connellsville, PA 15425-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2017 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Chris J. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5