

**CROWN** — Statement of Earnings and Deductions

Direct Deposit# 001574396

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | | | 4256.09 |
| PREMIUM | | | 45.44 |
| SHIFT | | | 14.02 |
| VACATION | | | 238.00 |
| NOT WRKD | | | |
| SICK | | | 1084.55 |
| Other | | | |
| **TOTALS** | | 208.55 | 6130.10 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | | 294.87 |
| SOC SEC | 12.93 | 361.47 |
| MEDICARE | 3.02 | 84.54 |
| PENNSYL | | 144.76 |
| OCCUP | | 10.00 |
| STATE UN | .15 | 4.28 |
| PA EIT TAX | 2.08 | 61.27 |
| PPO MED | | 270.00 |
| PPO DNTL | | 30.00 |
| 401K BTB | | 302.73 |
| 401K LNI | 19.96 | 239.52 |
| UNION DU | | 168.00 |
| DD ACCT | 170.40 | 4154.66 |
| Other | | |
| **TOTALS** | 208.55 | 6130.10 |

Employee Number
XXXXX2761

Period Ending
03/26/17

YTD Hours
233.2

Clock#
00080061

Retain this stub for your records

---

**CROWN** — CROWN Cork & Seal USA, Inc.

Direct Deposit# 001574396

Dep Date: 03/30/17

One Crown Way, Philadelphia, PA 19154

Bank of America

Your account has been credited

Please review your check stub for detail

VOID VOID VOID VOID

Direct Deposit Information

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA  15425

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER – THE BACK CONTAINS AN ARTIFICIAL WATERMARK
Security feature included. Details on back.



## CROWN

**Statement of Earnings and Deductions**

Direct Deposit# 0015709331

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | 8.00 | 146.00 | 4256.09 |
| PREMIUM | | | 456.44 |
| SHIFT | | 2.40 | 114.02 |
| VACATION | | | 292.00 |
| NOT WRKD | | | 876.00 |
| SICK | | | |
| Other | | | |
| **TOTALS** | | **148.40** | **5921.55** |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | 7.66 | 294. |
| SOC SEC | | 348. |
| MEDICARE | 1.79 | 81. |
| PENNSYL | 3.79 | 148.76 |
| OCCIP | | 10. |
| STATE UN | .10 | 4. |
| PA EIT TAX | 1.48 | 59.00 |
| PPO MED | 22.50 | 270.00 |
| PPO DNTL | 2.50 | 30.00 |
| 401K BTB | | 302.7 |
| 401K LNI | 8.90 | 212. |
| UNION DU | 19.96 | 165. |
| DD ACCT | | 398. |
| Other | | |
| **TOTALS** | **79.73** | |

Direct Deposit# 5921.5

**Employee Number**
XXXXX2761

**Period Ending**
03/19/17

148.40

**YTD Hours**
233.21

**Clock#**
0008061

**Rate of Pay**
18.2500

Retain this stub for your records

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER - THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW ON BACK

## CROWN

One Crown Way, Philadelphia, PA 19154

Bank of America

Direct Deposit#   0015709331

**Dep Date:**   03/23/17

**Your account has been credited**

**Please review your check stub for detail**

CROWN Cork & Seal USA, Inc.

VOID VOID VOID VOID

Direct Deposit Information

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA  15425

| EARNINGS | HOURS | AMOUNT | YTD |
|----------|-------|--------|-----|
| REGULAR | 32.00 | 584.00 | 4110.09 |
| PREMIUM | | | 45.44 |
| SHIFT | | | 11.62 |
| VACATION | | | 292.00 |
| NOT WRKD | | | 438.00 |
| SICK | | | 876.00 |
| Other | | | |
| **TOTALS** | | 584.00 | 5773.15 |

| DEDUCTION | AMOUNT | YTD |
|-----------|--------|-----|
| FED INC | 27.97 | 294.87 |
| SOC SEC | 34.66 | 340.89 |
| MEDICARE | 8.10 | 79.72 |
| PENNSYL | 17.16 | 144.97 |
| OCCUP | | 10.00 |
| STATE UN | .41 | 4.03 |
| PA EIT TAX | 5.84 | 57.71 |
| PPO MED | 22.50 | 247.50 |
| PPO DNTL | 2.50 | 27.50 |
| 401K BTB | 35.04 | 293.83 |
| 401K LN1 | 19.96 | 199.60 |
| UNION DU | | 165.00 |
| DD ACCT | 409.86 | 3904.53 |
| Other | | |
| **TOTALS** | 584.00 | 5773.15 |

**Employee Number**
XXXXX2761

**Period Ending**
03/12/17

**YTD Hours**
225.21

**Clock#**
C008061

**Rate of Pay**
18.2500

Retain this stub for your records

---

👑 **CROWN**

One Crown Way, Philadelphia, PA 19154

Bank of America

Direct Deposit#   001568350

Dep Date:  03/16/17

Your account has been credited

Please review your check stub for detail

CROWN Cork & Seal USA, Inc.

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA  15425

VOID VOID VOID VOID

Direct Deposit Information

 **CROWN**

One Crown Way, Philadelphia, PA 19154

Bank of America

Direct Deposit# 001565565

Dep Date: 03/09/17

Your account has been credited

Please review your check stub for detail

CROWN Cork & Seal USA, Inc.

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA 15425

VOID VOID VOID VOID

Direct Deposit Information

---

**CROWN** Statement of Earnings and Deductions

Direct Deposit# 001565565

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | 40.00 | 730.00 | 3526.09 |
| PREMIUM | | 45.44 | |
| SHIFT | 4.00 | 11.62 | |
| VACATION | | | 292.00 |
| NOT WRKD | | | 438.00 |
| SICK | | | 876.00 |
| Other | | | |
| TOTALS | | 734.00 | 5189.15 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | 41.43 | 266.90 |
| SOC SEC | 42.41 | 306.23 |
| MEDICARE | 9.92 | 71.62 |
| PENNSYL | 21.00 | 127.81 |
| OCCUP | | 10.00 |
| STATE UN | .51 | 3.62 |
| PA EIT TAX | 7.34 | 51.87 |
| PPO MED | 45.00 | 225.00 |
| PPO DNTL | 5.00 | 25.00 |
| 401K BTB | 44.04 | 258.79 |
| 401K LN1 | 19.96 | 179.64 |
| UNION DU | 56.00 | 168.00 |
| DD ACCT | 441.39 | 3494.67 |

**Employee Number**
XXXXX2761

**Period Ending**
03/05/17

**YTD Hours**
193.21

**Clock#**
6022261

**Rate of Pay**
18.2500

### CROWN — Statement of Earnings and Deductions

Direct Deposit#   001556550

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | | | 2066.09 |
| PREMIUM | | | 45.44 |
| SHIFT | | | 3.62 |
| VACATION | 16.00 | 292.00 | 292.00 |
| NOT WRKD | 24.00 | 438.00 | 438.00 |
| SICK | | | 876.00 |
| Other | | | |
| TOTALS | | 730.00 | 3721.15 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | 44.61 | 180.29 |
| SOC SEC | 43.71 | 219.86 |
| MEDICARE | 10.22 | 51.42 |
| PENNSYL | 21.64 | 85.04 |
| OCCUP | | 10.00 |
| STATE UN | .51 | 2.60 |
| PA EIT TAX | 7.30 | 37.19 |
| PPO MED | 22.50 | 157.50 |
| PPO DNTL | 2.50 | 17.50 |
| 401K BTB | 43.80 | 170.71 |
| 401K LN1 | 19.96 | 139.72 |
| UNION DU | | 112.00 |
| DD ACCT | 513.25 | 2537.32 |
| Other | | |
| TOTALS | 730.00 | 3721.15 |

**Employee Number**
XXXXX2761

**Period Ending**
02/12/17

**YTD Hours**
113.21

**Clock#**
0008061

Retain this stub for your records

## CROWN

### Statement of Earnings and Deductions

Direct Deposit#    001553748

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | 36.23 | 661.20 | 2066.09 |
| PREMIUM | | | 45.44 |
| SHIFT | | 3.62 | 3.62 |
| SICK | | | 876.00 |
| Other | | | |
| TOTALS | | 664.82 | 2991.15 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | 15.57 | 135.68 |
| SOC SEC | 39.67 | 176.15 |
| MEDICARE | 9.28 | 41.20 |
| PENNSYL | 19.64 | 63.40 |
| OCCUP | | 10.00 |
| STATE UN | .47 | 2.09 |
| PA EIT TAX | 6.64 | 29.89 |
| PPO MED | 22.50 | 135.00 |
| PPO DNTL | 2.50 | 15.00 |
| 401K BTB | 39.89 | 126.91 |
| 401K LN1 | 19.96 | 119.76 |
| UNION DU | 16.00 | 112.00 |
| DD ACCT | 452.70 | 2024.07 |
| Other | | |
| TOTALS | | 2991.15 |

**Employee Number**
XXXXX2761

**Period Ending**
02/05/17

**YTD Hours**
113.21

**Clock#**
0008061

**Rate of Pay**
18.2500

Retain this stub for your records

## CROWN    Statement of Earnings and Deductions

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| REGULAR | 44.00 | 803.00 | 1404.89 |
| PREMIUM | 2.00 | 36.50 | 45.44 |
| SICK | | | 876.00 |
| Other | | | |
| **TOTALS** | | 839.50 | 2326.33 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FED INC | 60.05 | 100.11 |
| SOC SEC | 50.50 | 136.48 |
| MEDICARE | 11.81 | 31.92 |
| PENNSYL | 25.01 | 43.76 |
| OCCUP | | 10.00 |
| STATE UN | .53 | 1.62 |
| PA EIT TAX | 8.39 | 23.25 |
| PPO MED | 22.50 | 112.50 |
| PPO DNTL | 2.50 | 12.50 |
| 401K BTB | 50.37 | 87.02 |
| 401K LN1 | 19.96 | 99.80 |
| UNION DU | 40.00 | 96.00 |
| DD ACCT | 547.82 | 1571.37 |
| Other | | |
| **TOTALS** | 839.50 | 2326.33 |

**Employee Number**
XXXXX2761

**Period Ending**
01/29/17

**YTD Hours**
76.98

**Clock#**
0008061

**Rate of Pay**
18.2500

Retain this stub for your records

---

### CROWN

One Crown Way, Philadelphia, PA 19154

Bank of America

Direct Deposit#  001551179

Dep Date:  02/02/17

Your account has been credited

Please review your check stub for detail

CROWN Cork & Seal USA, Inc.

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA  15425

VOID VOID VOID VOID

Direct Deposit Information

## CROWN

Statement of Earnings and Deductions

Direct Deposit# 001545276

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|----------|-------|--------|-----|-----------|--------|-----|
| SICK | | 292.00 | 584.00 | FED INC | 2.28 | 2.28 |
| | | | | SOC SEC | 16.56 | 30.01 |
| | | | | MEDICARE | 3.87 | 7.02 |
| | | | | OCCUP | | 10.00 |
| | | | | STATE UN | .20 | .40 |
| | | | | PA EIT TAX | 2.92 | 5.84 |
| | | | | PPO MED | 22.86 | 90.00 |
| | | | | PPO DNTL | 2.50 | 10.00 |
| | | | | 401K INI | 19.96 | 39.92 |
| | | | | DD ACCT | 221.21 | 388.53 |
| Other | | | | | | |
| TOTALS | | 292.00 | 584.00 | | | |

Employee Number
XXXXX2761

Period Ending
01/15/17

Clock#
0008061

Retain this stub for your records

| Other | | |
|-------|--|--|
| TOTALS | 292.00 | 584.00 |

---

## CROWN

Statement of Earnings and Deductions

Direct Deposit# 001545276

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|----------|-------|--------|-----|-----------|--------|-----|
| SICK | | 292.00 | 876.00 | FED INC | 4.78 | 7.06 |
| | | | | SOC SEC | 18.10 | 48.11 |
| | | | | MEDICARE | 4.23 | 11.25 |
| | | | | OCCUP | | 10.00 |
| | | | | STATE UN | .20 | .60 |
| | | | | PA EIT TAX | 2.92 | 8.76 |
| | | | | PPO MED | | 90.00 |
| | | | | PPO DNTL | | 10.00 |
| | | | | 401K INI | 19.96 | 59.88 |
| | | | | DD ACCT | 241.81 | 630.34 |
| Other | | | | | | |
| TOTALS | | 292.00 | 876.00 | | | |

Employee Number
XXXXX2761

Period Ending
01/15/17

Clock#
0008061

Retain this stub for your records

| Other | | |
|-------|--|--|
| TOTALS | 292.00 | 876.00 |

---

## CROWN

Bank of America

Direct Deposit# 001545276

Dep Date: 01/19/17

One Crown Way, Philadelphia, PA 19154

Your account has been credited

Please review your check stub for detail

CROWN Cork & Seal USA, Inc.

CHRISTOPHER J PARRILL
224 VINE STREET
SOUTH CONNELLSVILLE, PA  15425

VOID VOID VOID VOID

Direct Deposit Information

PENNSYLVANIA DEPARTMENT OF
**LABOR & INDUSTRY**

## BENEFIT PAYMENT HISTORY

| | |
|---|---|
| * Claimant Name: | **CHRIS J PARRILL** |
| * Social Security Number: | **XXX-XX-2761** |
| * AB Date: | **08/14/2016** |
| * Program Type: | **UC** |

| Week Ending Date | Payment Number | Status | Amount Paid | Method of Payment | Payment Issue Date |
|---|---|---|---|---|---|
| 04/08/2017 | 05440540 | Paid | $485.00 | Debit Card | 04/11/2017 |
| 04/08/2017 | | Benefit Reduction | $9.00 | | |
| 04/01/2017 | 05440540 | Paid | $485.00 | Debit Card | 04/11/2017 |
| 04/01/2017 | | Benefit Reduction | $9.00 | | |
| 03/25/2017 | 05212644 | Paid | $485.00 | Debit Card | 03/28/2017 |
| 03/25/2017 | | Benefit Reduction | $9.00 | | |
| 03/18/2017 | 05212644 | Paid | $485.00 | Debit Card | 03/28/2017 |
| 03/18/2017 | | Benefit Reduction | $9.00 | | |
| 02/25/2017 | 04832790 | Paid | $485.00 | Debit Card | 03/07/2017 |
| 02/25/2017 | | Benefit Reduction | $9.00 | | |
| 01/14/2017 | 03837310 | Paid | $485.00 | Debit Card | 01/17/2017 |
| 01/14/2017 | | Benefit Reduction | $9.00 | | |
| 01/07/2017 | 03837310 | Paid | $485.00 | Debit Card | 01/17/2017 |
| 01/07/2017 | | Benefit Reduction | $9.00 | | |
| 12/31/2016 | 03650577 | Paid | $485.00 | Debit Card | 01/03/2017 |
| 12/31/2016 | | Benefit Reduction | $9.00 | | |
| 12/24/2016 | 03650577 | Paid | $485.00 | Debit Card | 01/03/2017 |
| 12/24/2016 | | Benefit Reduction | $9.00 | | |
| 12/17/2016 | 03366026 | Paid | $485.00 | Debit Card | 12/20/2016 |
| 12/17/2016 | | Benefit Reduction | $9.00 | | |
| 12/10/2016 | 03366026 | Paid | $485.00 | Debit Card | 12/20/2016 |
| 12/10/2016 | | Benefit Reduction | $9.00 | | |
| 12/03/2016 | 03148485 | Paid | $485.00 | Debit Card | 12/06/2016 |
| 12/03/2016 | | Benefit Reduction | $9.00 | | |
| 11/26/2016 | 03148485 | Paid | $485.00 | Debit Card | 12/06/2016 |
| 11/26/2016 | | Benefit Reduction | $9.00 | | |
| 11/19/2016 | 02958241 | Paid | $485.00 | Debit Card | 11/22/2016 |
| 11/19/2016 | | Benefit Reduction | $9.00 | | |
| 11/12/2016 | 02958241 | Paid | $485.00 | Debit Card | 11/22/2016 |

| 11/12/2016 | | | | | |
|---|---|---|---|---|---|
| 11/05/2016 | 02826155 | Paid | $485.00 | Debit Card | 11/08/2016 |
| 11/05/2016 | | Benefit Reduction | $9.00 | | |
| 10/29/2016 | 02826155 | Paid | $485.00 | Debit Card | 11/08/2016 |
| 10/29/2016 | | Benefit Reduction | $9.00 | | |
| 10/22/2016 | 02649490 | Paid | $485.00 | Debit Card | 10/25/2016 |
| 10/22/2016 | | Benefit Reduction | $9.00 | | |
| 10/15/2016 | 02649490 | Paid | $485.00 | Debit Card | 10/25/2016 |
| 10/15/2016 | | Benefit Reduction | $9.00 | | |
| 10/08/2016 | 02429901 | Paid | $485.00 | Debit Card | 10/11/2016 |
| 10/08/2016 | | Benefit Reduction | $9.00 | | |
| 10/01/2016 | 02429901 | Paid | $485.00 | Debit Card | 10/11/2016 |
| 10/01/2016 | | Benefit Reduction | $9.00 | | |
| 09/24/2016 | 02254674 | Paid | $485.00 | Debit Card | 09/27/2016 |
| 09/24/2016 | | Benefit Reduction | $9.00 | | |
| 09/17/2016 | 02254674 | Paid | $485.00 | Debit Card | 09/27/2016 |
| 09/17/2016 | | Benefit Reduction | $9.00 | | |

TRAILSIDE LODGING LP
1023 VINIAL ST
PITTSBURGH PA 16212

1206-9698
8100 Management
EE ID: 1

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA  15425

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connellsville, PA  15425

Soc Sec #: xxx-xx-xxxx    **Employee ID: 1**
Home Department: 8100 Management

**Pay Period:** 03/20/17 to 04/02/17
**Check Date:** 04/07/17    **Check #:** 5059

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1923.08 | | 13461.56 |
| Total Hours | | | | | |
| Gross Earnings | | | 1923.08 | | 13461.56 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 119.23 | 834.62 |
| Medicare | | 27.88 | 195.19 |
| Fed Income Tax | M 1 | 179.33 | 1255.31 |
| PA Income Tax | | 59.04 | 413.28 |
| PA Unemploy | | 1.35 | 9.45 |
| PA CONLV-Fay in | | 19.23 | 134.61 |
| PA LCONF-Fay L | | 2.00 | 14.00 |
| **TOTAL** | | 408.06 | 2856.46 |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.02 | 10605.10 |
| **NET PAY** | **1515.02** | **10605.10** |

| | | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | **1515.02** | **10605.10** |

Payrolls by Paychex, Inc.

0054 1206-9698  Trailside Lodging LP • 1023 Vinial St • Pittsburgh PA  15212 • (920) 237-0233

TRAILSIDE LODGING LP
1923 VINIAL ST
PITTSBURGH PA  15212

8100 Management
EE ID: 1

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA  15425

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connellsville, PA  15425

Soc Sec #: xxx-xx-xxxx    Employee ID:  1
Home Department: 8100 Management

Pay Period: 03/06/17 to 03/19/17
Check Date:  03/24/17    Check #: 5047

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.00 | 9090.08 |
| NET PAY | 1515.00 | 9090.08 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1923.08 | | 11538.48 |
| Total Hours | | | | | |
| Gross Earnings | | | 1923.08 | | 11538.48 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 119.24 | 715.39 |
| Medicare | | 27.89 | 167.31 |
| Fed Income Tax | M 1 | 179.33 | 1075.98 |
| PA Income Tax | | 59.04 | 354.24 |
| PA Unemploy | | 1.35 | 8.10 |
| PA CONLV-Fay in | | 19.23 | 115.38 |
| PA LCONF-Fay L | | 2.00 | 12.00 |
| TOTAL | | 408.08 | 2448.40 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1515.00 | 9090.08 |

Payrolls by Paychex, Inc.

0054 1206-9698  Trailside Lodging LP · 1923 Vinial St · Pittsburgh PA  15212 · (920) 237-0235

TRAILSIDE LODGING LP
1023 VINIAL ST
PITTSBURGH PA 15212

8100 Management
EE ID: 1

03/10/2017          5035

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA 15425

Total Net Direct Deposit(s)
**$1515.02**

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connellsville, PA 15425

Soc Sec #: xxx-xx-xxxx    Employee ID:
Home Department: 8100 Management

Pay Period: 02/20/17 to 03/05/17
Check Date: 03/10/17    Check #: 5035

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.02 | 7575.08 |
| **NET PAY** | **1515.02** | **7575.08** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1923.08 | | 9615.40 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1923.08 | | 9615.40 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | | 119.23 | 596.15 |
| | Medicare | | | 27.88 | 139.42 |
| | Fed Income Tax | M 1 | | 179.33 | 896.65 |
| | PA Income Tax | | | 59.04 | 295.20 |
| | PA Unemploy | | | 1.35 | 6.75 |
| | PA CONLV-Fay In | | | 19.23 | 96.15 |
| | PA LCONF-Fay L | | | 2.00 | 10.00 |
| | **TOTAL** | | | **408.06** | **2040.32** |

| NET PAY | | THIS PERIOD ($) | YTD ($ |
|---|---|---|---|
| | | 1515.02 | 7575.0 |

0054 1206-9698  Trailside Lodging, LP • 1023 Vinial St • Pittsburgh PA  15212 • (920) 237-0233

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

TRAILSIDE LODGING LP
1023 VINAL ST
PITTSBURGH PA  15212

1206-9698
8100 Management
EE ID: 1

**02/24/2017**          **5023**

DATE          CHECK NO

PAY TO THE
ORDER OF

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA  15425

Total Net Direct Deposit(s)
**\*\*$1515.01\*\***

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

# \*\*NON-NEGOTIABLE\*\*

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connellsville  PA  15425

**Soc Sec #:** xxx-xx-xxxx   **Employee ID:**  1
**Home Department:** 8100 Management

**Pay Period:** 02/06/17 to 02/19/17
**Check Date:** 02/24/17   **Check #:** 5023

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.01 | 6060.06 |
| **NET PAY** | **1515.01** | **6060.06** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1923.08 | | 7692.32 |
| | Total Hours | | | | | |
| | **Gross Earnings** | | | 1923.08 | | 7692.32 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 119.23 | 476.92 |
| | Medicare | | 27.89 | 111.54 |
| | Fed Income Tax | M 1 | 179.33 | 717.32 |
| | PA Income Tax | | 59.04 | 236.16 |
| | PA Unemploy | | 1.35 | 5.40 |
| | PA CONLV-Fay In | | 19.23 | 76.92 |
| | PA LCONF-Fay L | | 2.00 | 8.00 |
| | **TOTAL** | | 408.07 | 1632.26 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1515.01 | 6060.06 |

P2 1976 by Palchex, Inc.

**0054 1206-9698**  Trailside Lodging LP • 1023 Vinal St • Pittsburgh PA  15212 • (920) 237-0233

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING & THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

TRAILSIDE LODGING LP
1023 VINIAL ST
PITTSBURGH PA 15212

8100 Management
EE ID: 1

| 02/10/2017 | 5010 |
|---|---|
| DATE | CHECK NO |

PAY TO THE
ORDER OF

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA 15425

Total Net Direct Deposit(s)
**\$1515.02**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**\*\*NON-NEGOTIABLE\*\***

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connelsville, PA 15425

Soc Sec #: xxx-xx-xxxx   Employee ID: 1
Home Department: 8100 Management

**Pay Period:** 01/23/17 to 02/05/17
**Check Date:** 02/10/17   **Check #:** 5010
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.02 | 4545.05 |
| **NET PAY** | **1515.02** | **4545.05** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1923.08 | | 5769.24 |
| Total Hours | | | | | |
| **Gross Earnings** | | | 1923.08 | | 5769.24 |
| **Total Hrs. Worked** | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 119.23 | 357.69 |
| Medicare | | 27.88 | 83.65 |
| Fed Income Tax | M 1 | 179.33 | 537.99 |
| PA Income Tax | | 59.04 | 177.12 |
| PA Unemploy | | 1.35 | 4.05 |
| PA CONLV-Fay In | | 19.23 | 57.69 |
| PA LCONF-Fay L | | 2.00 | 6.00 |
| **TOTAL** | | 408.06 | 1224.19 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1515.02 | 4545.05 |

Payrolls by Paychex, Inc.
0054 1206-9698  Trailside Lodging LP • 1023 Vinial St • Pittsburgh PA 15212 • (920) 237-0233

TRAILSIDE LODGING LP
1023 VINIAL ST
PITTSBURGH PA  15212

1206-9698
8100 Management
EE ID: 1

**01/27/2017**      **5009**

DATE          CHECK NO

PAY TO THE
ORDER OF

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA  15425

Total Net Direct Deposit(s)
**\*\*$1515.01\*\***

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**\*\*NON-NEGOTIABLE\*\***

---

**PERSONAL AND CHECK INFORMATION**
Margaret Parrill
224 Vine St
South Connellsville, PA  15425

Soc Sec #: xxx-xx-xxxx    **Employee ID:** 1
Home Department: 8100 Management

**Pay Period:** 01/09/17 to 01/22/17
**Check Date:** 01/27/17    **Check #:** 5009
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.01 | 3030.03 |
| **NET PAY** | **1515.01** | **3030.03** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 1923.08 | | 3846.16 |
| | Total Hours | | | | | |
| | **Gross Earnings** | | | 1923.08 | | 3846.16 |
| | **Total Hrs. Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 119.23 | | 238.46 |
| | Medicare | | | 27.89 | | 55.77 |
| | Fed Income Tax | M 1 | | 179.33 | | 358.66 |
| | PA Income Tax | | | 59.04 | | 118.08 |
| | PA Unemploy | | | 1.35 | | 2.70 |
| | PA CONLV-Fay In | | | 19.23 | | 38.46 |
| | PA LCONF-Fay L | | | 2.00 | | 4.00 |
| | **TOTAL** | | | 408.07 | | 816.13 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1515.01 | 3030.0 |

TRAILSIDE LODGING LP
1023 VINIAL ST
PITTSBURGH PA  15212

1206-9698
8100 Management
EE ID: 1

MARGARET PARRILL
224 VINE ST
SOUTH CONNELLSVILLE PA  15425







| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| Margaret Parrill | | Salary | | | 1923.08 | | 1923.08 |
| 224 Vine St | | Total Hours | | | | | |
| South Connellsville, PA  15425 | | Gross Earnings | | | 1923.08 | | 1923.08 |
| | | Total Hrs Worked | | | | | |

Soc Sec #: xxx-xx-xxxx   Employee ID: 1
Home Department: 8100 Management

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | | 119.23 |
| | Medicare | | | 27.88 |
| | Fed Income Tax | M 1 | | 168.33 |
| | PA Income Tax | | | |
| | PA Unemploy | | | |
| | PA CONL V-Fay In | | | |
| | PA LCONF-Fay | | | |
| | TOTAL | | | |

Pay Period: 12/26/16 to 01/08/17
Check Date: 01/13/17   Check #: 5008

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1830 | 1515.02 | 1515.02 |
| NET PAY | 1515.02 | 1515.02 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1515.02 | 1515.02 |

0054 1206-9698  Trailside Lodging LP · 1023 Vinial St · Pittsburgh PA  15212 · (920) 237-0233

| Regular contributions from others to the household expenses, including child support. | | | | | |
|---|---|---|---|---|---|
| Individual Debtor: | 2108 | | 2108 | | |
| or | | | | 2040.00 | |
| Husband: | 527 | | | | 2108.00 |
| Wife: | | | | | |

Margaret Parrill

17-21210 JAD

Vendor:   MARGARET PARRILL
Check Date  04/12/2017

**County of Fayette**

CHILDREN & YOUTH FUND Check No.   **46161**

Check Total: $2,108.00

UNIONTOWN, PENNSYLVANIA
CHILDREN & YOUTH SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| 2,108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,108.00 |

| Invoice Date | Invoice Number | Invoice Description | Net Amount | PO Number |
|---|---|---|---|---|
| 04/01/2017 | AD-MAR2017 | ADOPTION - MARCH 2017 | 2,108.00 | |

---

Vendor:   MARGARET PARRILL
Check Date  04/12/2017

**County of Fayette**

CHILDREN & YOUTH FUND Check No.   **46055**

Check Total: $527.00

UNIONTOWN, PENNSYLVANIA
CHILDREN & YOUTH SERVICES

| | | | | | | |
|---|---|---|---|---|---|---|
| 527.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 527.00 |

| Invoice Date | Invoice Number | Invoice Description | Net Amount | PO Number |
|---|---|---|---|---|
| 04/03/2017 | MA-MAR2017 | MAINTENANCE - MARCH 2017 | 527.00 | |

Vendor:   MARGARET PARRILL                  County of Fayette    CHILDREN & YOUTH FUND   Check No.    45792
Check Date: 03/15/2017          Check Total:                UNIONTOWN, PENNSYLVANIA
                                                            CHILDREN & YOUTH SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 476.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 476.00 |

| Invoice Date | Invoice Number | Invoice Description | Net Amount | PO Number |
|---|---|---|---|---|
| 03/02/2017 | MA-FEB2017 | MAINTENANCE - FEB 2017 | 476.00 | |

Vendor:   MARGARET PARRILL                  County of Fayette    CHILDREN & YOUTH FUND   Check No.    45897
Check Date: 03/15/2017          Check Total: $1,904.00       UNIONTOWN, PENNSYLVANIA
                                                            CHILDREN & YOUTH SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1,904.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,904.00 |

| Invoice Date | Invoice Number | Invoice Description | Net Amount | PO Number |
|---|---|---|---|---|
| 03/01/2017 | ADOP-FEB2017 | ADOPTION - FEBRUARY 2017 | 1,904.00 | |

Vendor.   MARGARET PARRILL
Check Date: 01/17/2017

**County of Fayette**

Check Total. $2,108.00

CHILDREN & YOUTH FUND Check No.

# 45320

UNIONTOWN, PENNSYLVANIA
CHILDREN & YOUTH SERVICES

| 2,108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,108.00 |
|---|---|---|---|---|---|---|---|

| Invoice Date | Invoice Number | Invoice Description | Net Amount | PO Number |
|---|---|---|---|---|
| 01/11/2017 | AD-DEC2016 | ADOPTION - DECEMBER 2016 | 2,108.00 | |