| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Chris J. Parrill**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2761**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Margaret A. Parrill**<br>First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–1892**<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter **13  3/29/17** |
| Case number: **17–21210–JAD** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Chris J. Parrill | Margaret A. Parrill |
| 2. | **All other names used in the last 8 years** | aka Chris J. Parrill Sr. | |
| 3. | **Address** | 224 Vine Street<br>Connellsville, PA 15425 | 224 Vine Street<br>Connellsville, PA 15425 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel R. White<br>Zebley Mehalov & White, p.c.<br>18 Mill Street Square<br>P.O. Box 2123<br>Uniontown, PA 15401<br>U.S.A. | Contact phone 724–439–9200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 4/25/17 |

The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly.

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **June 5, 2017 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/4/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/5/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/25/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**6/5/17** at **09:00 AM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 17-21210-JAD
Chris J. Parrill                                                           Chapter 13
Margaret A. Parrill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz              Page 1 of 2            Date Rcvd: Apr 25, 2017
                             Form ID: 309I           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
```
db/jdb         +Chris J. Parrill,   Margaret A. Parrill,    224 Vine Street,    Connellsville, PA 15425-4850
aty            +James Warmbrodt,   KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14390771      ++AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD,    PO BOX 18939,    BELFAST ME 04915-4084
                (address filed with court: AHN Emergency Group of Fayette County,    P.O. Box 638483,
                 Cincinnati, OH 45263-8483)
14390772       +Allegheny Radiology Associates, LTD,   651 South Center Avenue--Suite 102,
                 Somerset, PA 15501-2811
14390776        Brooks Funeral Home,   146 Municipal Road,   Melcroft, PA 15462
14390778       +Butler Anesthesia Associates, PC,   P.O. Box 737,   East Butler, PA 16029-0737
14390779       +Butler Memorial Hospital,   One Hospital Way,   Butler, PA 16001-4697
14390781        CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
14390784      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Center,    363 Vanadium Road--Suite 109,
                 P.O. Box 13446,   Pittsburgh, PA 15243)
14390817       +City of Wildwood Fire/Rescue,   4400 New Jersey Avenue,   Wildwood, NJ 08260-1729
14390785       +Credit Acceptance Corp.,   Silver Triangle Building,   25505 West Twelve Mile Road--Suite 3000,
                 Southfield, MI 48034-8331
14390788       +Elizur Corporation,   9800 A McKnight Road,   Pittsburgh, PA 15237-6032
14390789       +Equiant Financial Services,   4343 North Scottsdale Road,    Scottsdale, AZ 85251-3343
14390790        Excela Health Medical Group,   P.O. Box 645189,   Pittsburgh, PA 15264-5189
14390791       +Fayette Regional Eyecare, Inc.,   Suite 100--160 Wayland Smith Drive,
                 Uniontown, PA 15401-2677
14390775       +Felix Brizuela, DO, PLLC,    1271 Suncrest Towne Center,    Morgantown, WV 26505-1876
14390794       +Highlands Hospital,   401 East Murphy Avenue,   Connellsville, PA 15425-2700
14390795        Illinois Valley Radiology, PC,   P.O. Box 11355,   Lancaster, PA 17605-1355
14390797       +J.D. Byrider,   1615 Golden Mile Highway,   Monroeville, PA 15146-2009
14390798       +KML Law Group,   Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14390799        Mariner Finance,   P.O. Box 35394,   Baltimore, MD 21222-7394
14391637       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14390801        Progressive Insurance,   P.O. Box 31260,   Tampa, FL 33631-3260
14390803        Somerset Trust Company,   151 West Main Street,   P.O. Box 777,    Somerset, PA 15501-0777
14390805        Southern Capital Associates,   P.O. Box 951,   Williamsville, NY 14231-0951
14390807       +Sundance Vacations Network, Inc.,   264 Highland Park Boulevard,    Wilkes Barre, PA 18702-6768
14390808       +Transworld Systems, Inc.,   2235 Mercury Way--Suite 275,    Santa Rosa, CA 95407-5473
14390809        Tri State Financial,   P.O. Box 29352,   Phoenix, AZ 85038-9352
14390811       +UPMC Health Services,   2 Hot Metal Street--Dist. Room 386,    Pittsburgh, PA 15203-2348
14390810        Unity Pathology Associates,   P.O. Box 90040,   Pittsburgh, PA 15224-0440
14390814       +Westmoreland Digestive Disorders Group,   443 Frye Farm Road--Suite 200,
                 Greensburg, PA 15601-2338
14390815        Westmoreland Emergency Med Specialists,   501 West Otterman Street--Suite B,
                 Greensburg, PA 15601-2126
14390816       +Westmoreland Hospital,   532 West Pittsburgh Street,   Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dwhite@zeblaw.com Apr 26 2017 01:04:03     Daniel R. White,
                 Zebley Mehalov & White, p.c.,   18 Mill Street Square,    P.O. Box 2123,   Uniontown, PA 15401,
                 U.S.A.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2017 01:04:25     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 26 2017 01:04:40
                 Office of the United States Trustee,   Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14390773        EDI: GMACFS.COM Apr 26 2017 00:58:00      Ally Financial,   P.O. Box 130424,
                 Roseville, MN 55113-0004
14390774        EDI: BANKAMER2.COM Apr 26 2017 00:58:00      Bank of America Mortgage,   475 CrossPoint Parkway,
                 P.O. Box 9000,   Getzville, NY 14068-9000
14409024       +EDI: BANKAMER.COM Apr 26 2017 00:58:00      Bank of America/BAC Home Loans Servicing,
                 Bankruptcy Department,   7105 Corporate Drive,   Plano, TX 75024-4100
14390780        EDI: CAPITALONE.COM Apr 26 2017 00:58:00      Capital One,   c/o TSYS Total Debt Management,
                 P.O. Box 5155,   Norcross, GA 30091
14390783       +E-mail/Text: bankruptcy@jdbyrider.com Apr 26 2017 01:05:12     CNAC,   Byrider Finance, LLC,
                 12802 Hamilton Crossing Boulevard,   Carmel, IN 46032-5424
14390782        EDI: WFNNB.COM Apr 26 2017 00:58:00      Christopher & Banks/Comenity Bank,   P.O. Box 182125,
                 Columbus, OH 43218-2125
14390786       +EDI: CCS.COM Apr 26 2017 00:58:00      Credit Collection,   P.O. Box 607,
                 Norwood, MA 02062-0607
14390787       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 26 2017 01:04:58
                 Credit Management Company,   2121 Noblestown Road,   P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
```

```
District/off: 0315-2           User: amaz               Page 2 of 2                  Date Rcvd: Apr 25, 2017
                               Form ID: 309I            Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14390792      EDI: AMINFOFP.COM Apr 26 2017 00:58:00      First Premier Bank,    P.O. Box 5524,
               Sioux Falls, SD 57117-5524
14390793      +E-mail/Text: BDETRICK@GLASSCAPFCU.COM Apr 26 2017 01:05:10      Glass Cap Federal Credit Union,
               241 North Pittsburgh Street,    Connellsville, PA 15425-3209
14390796      EDI: RMSC.COM Apr 26 2017 00:58:00      J C Penney/Synchrony Bank,
               Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14390800      EDI: PRA.COM Apr 26 2017 00:58:00      Portfolio Recovery,    120 Corporate Boulevard--Suite 1,
               Norfolk, VA 23502
14390804      E-mail/Text: clientservices@sourcerm.com Apr 26 2017 01:05:02      Source Receivables Management,
               P.O. Box 4068,    Greensboro, NC 27404-4068
14390806      +EDI: NEXTEL.COM Apr 26 2017 00:58:00      Sprint,    P.O. Box 8077,    London, KY 40742-8077
14390812      +E-mail/Text: BankruptcyNotice@upmc.edu Apr 26 2017 01:05:06      UPMC Physician Services,
               1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
14390813      +E-mail/Text: bankruptcy@firstenergycorp.com Apr 26 2017 01:04:43      West Penn Power,
               1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14390802     ##+Radiologic Consultants, LTD,    514 Pellis Road--Suite 200,    Greensburg, PA 15601-4593
14390777     ##+The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                           TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Chris J. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```