File No.: 8180-002

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Margaret A. Parrill, | : | Case No.  17-21210 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |

### CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on May 2, 2017, I served a copy of the Court's April 25, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at WHG Co. LLC, Attn: Payroll Manager, 980 American Drive, Neenah, WI 54956.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: May 2, 2017

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White_____
         Daniel R. White
         PA I.D. No. 78718
         P.O. Box 2123
         Uniontown, PA 15401
         724-439-9200
         Email: dwhite@Zeblaw.com
         Attorneys for Debtors