IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.  17-21210 JAD |
| | : | |
| Chris J. Parrill and Margaret A. Parrill, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No.  26 |
| | : | |
| Margaret A. Parrill, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| WHG Co. LLC and Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | : | |
| D #2 SSN: xxx-xx-1892 | : | |

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Margaret A. Parrill, filed a motion to terminate her wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through WHG Co. LLC is hereby terminated.

DATED this  5th  day of  June , 2017.

Prepared by Daniel R. White, Esq.

_____jsf____
U. S. BANKRUPTCY JUDGE
**JEFFERY A. DELLER**

cc:    Debtor: Margaret A. Parrill
       Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
       Office of the Standing Chapter 13 Trustee
       Employer: WHG Co. LLC
       xxxxxxxxxxxxxxxxxxxxxx

FILED
6/5/17 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21210-JAD
Chris J. Parrill                                                    Chapter 13
Margaret A. Parrill
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz           Page 1 of 1         Date Rcvd: Jun 05, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
db/jdb         +Chris J. Parrill,   Margaret A. Parrill,   224 Vine Street,   Connellsville, PA 15425-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2017 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor Chris J. Parrill dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5