File No.: 8180-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Margaret A. Parrill, | : | Case No.  17-21210 JAD |
| | : | |
| Debtor. | : | Document No.29 |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on June 8, 2017, I served a copy of the Court's June 5, 2017, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Trailside Lodging , LP d/b/a Cobblestone Hotel and Suites, Attn: Payroll Manager, 980 American Drive, Neenah, WI 54956.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: June 8, 2017

                                                ZEBLEY MEHALOV & WHITE, P.C.
                                                BY

                                                /s/ Daniel R. White
                                                    Daniel R. White
                                                    PA I.D. No. 78718
                                                    P.O. Box 2123
                                                    Uniontown, PA 15401
                                                    724-439-9200
                                                    Email: dwhite@Zeblaw.com
                                                    Attorneys for Debtors