Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Chris J. Parrill
aka Chris J. Parrill Sr.
Margaret A. Parrill**
   Debtor(s)

Bankruptcy Case No.: 17–21210–JAD
Issued Per June 5, 2017 Proceeding
Chapter: 13
Docket No.: 35 – 14
Concil. Conf.: October 5, 2017 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 20, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Oct. 5, 2017 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: The secured claims of Credit Acceptance Corp. at Claim No. 1 and Ally Financial at Claim No. 2 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 8, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21210-JAD
Chris J. Parrill                                                      Chapter 13
Margaret A. Parrill
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2            Date Rcvd: Jun 08, 2017
                              Form ID: 149            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
```
db/jdb         +Chris J. Parrill,    Margaret A. Parrill,    224 Vine Street,    Connellsville, PA 15425-4850
14390771      ++AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD,    PO BOX 18939,    BELFAST ME 04915-4084
               (address filed with court:  AHN Emergency Group of Fayette County,     P.O. Box 638483,
                 Cincinnati, OH 45263-8483)
14390772       +Allegheny Radiology Associates, LTD,    651 South Center Avenue--Suite 102,
                 Somerset, PA 15501-2811
14390774        Bank of America Mortgage,    475 CrossPoint Parkway,    P.O. Box 9000,    Getzville, NY 14068-9000
14409024       +Bank of America/BAC Home Loans Servicing,    Bankruptcy Department,    7105 Corporate Drive,
                 Plano, TX 75024-4100
14390776        Brooks Funeral Home,    146 Municipal Road,    Melcroft, PA 15462
14390778       +Butler Anesthesia Associates, PC,    P.O. Box 737,    East Butler, PA 16029-0737
14390779       +Butler Memorial Hospital,    One Hospital Way,    Butler, PA 16001-4697
14390780      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
                 Norcross, GA 30091)
14390781        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14390784      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court:  Collection Service Center,    363 Vanadium Road--Suite 109,
                 P.O. Box 13446,    Pittsburgh, PA 15243)
14390782        Christopher & Banks/Comenity Bank,    P.O. Box 182125,    Columbus, OH 43218-2125
14390817       +City of Wildwood Fire/Rescue,    4400 New Jersey Avenue,    Wildwood, NJ 08260-1729
14390785       +Credit Acceptance Corp.,    Silver Triangle Building,    25505 West Twelve Mile Road--Suite 3000,
                 Southfield, MI 48034-8331
14390788       +Elizur Corporation,    9800 A McKnight Road,    Pittsburgh, PA 15237-6032
14390789       +Equiant Financial Services,    4343 North Scottsdale Road,    Scottsdale, AZ 85251-3343
14390790        Excela Health Medical Group,    P.O. Box 645189,    Pittsburgh, PA 15264-5189
14390791       +Fayette Regional Eyecare, Inc.,    Suite 100--160 Wayland Smith Drive,
                 Uniontown, PA 15401-2677
14390775       +Felix Brizuela, DO, PLLC,    1271 Suncrest Towne Center,    Morgantown, WV 26505-1876
14390792        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14390794       +Highlands Hospital,    401 East Murphy Avenue,    Connellsville, PA 15425-2700
14390795        Illinois Valley Radiology, PC,    P.O. Box 11355,    Lancaster, PA 17605-1355
14390797       +J.D. Byrider,    1615 Golden Mile Highway,    Monroeville, PA 15146-2009
14390798       +KML Law Group,    Suite 5000 BNY Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14390799        Mariner Finance,    P.O. Box 35394,    Baltimore, MD 21222-7394
14391637       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14390801        Progressive Insurance,    P.O. Box 31260,    Tampa, FL 33631-3260
14390803        Somerset Trust Company,    151 West Main Street,    P.O. Box 777,    Somerset, PA 15501-0777
14390805        Southern Capital Associates,    P.O. Box 951,    Williamsville, NY 14231-0951
14390807       +Sundance Vacations Network, Inc.,    264 Highland Park Boulevard,    Wilkes Barre, PA 18702-6768
14390808       +Transworld Systems, Inc.,    2235 Mercury Way--Suite 275,    Santa Rosa, CA 95407-5473
14390809        Tri State Financial,    P.O. Box 29352,    Phoenix, AZ 85038-9352
14390811       +UPMC Health Services,    2 Hot Metal Street--Dist. Room 386,    Pittsburgh, PA 15203-2348
14390810        Unity Pathology Associates,    P.O. Box 90040,    Pittsburgh, PA 15224-0440
14390814       +Westmoreland Digestive Disorders Group,    443 Frye Farm Road--Suite 200,
                 Greensburg, PA 15601-2338
14390815        Westmoreland Emergency Med Specialists,    501 West Otterman Street--Suite B,
                 Greensburg, PA 15601-2126
14390816       +Westmoreland Hospital,    532 West Pittsburgh Street,    Greensburg, PA 15601-2282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14390773        E-mail/Text: ally@ebn.phinsolutions.com Jun 09 2017 00:42:10     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
14390783       +E-mail/Text: bankruptcy@jdbyrider.com Jun 09 2017 00:43:08     CNAC,    Byrider Finance, LLC,
                 12802 Hamilton Crossing Boulevard,    Carmel, IN 46032-5424
14390786       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 09 2017 00:43:08     Credit Collection,
                 P.O. Box 607,    Norwood, MA 02062-0607
14390787       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jun 09 2017 00:42:56
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14390793       +E-mail/Text: BDETRICK@GLASSCAPFCU.COM Jun 09 2017 00:43:07     Glass Cap Federal Credit Union,
                 241 North Pittsburgh Street,    Connellsville, PA 15425-3209
14390796        E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2017 00:34:32      J C Penney/Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
14390800        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2017 00:40:18
                 Portfolio Recovery,    120 Corporate Boulevard--Suite 1,    Norfolk, VA 23502
14390804        E-mail/Text: clientservices@sourcerm.com Jun 09 2017 00:42:59     Source Receivables Management,
                 P.O. Box 4068,    Greensboro, NC 27404-4068
14390806       +E-mail/Text: appebnmailbox@sprint.com Jun 09 2017 00:42:38     Sprint,    P.O. Box 8077,
                 London, KY 40742-8077
14390812       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 09 2017 00:43:02     UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Jun 08, 2017
                              Form ID: 149            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14390813         +E-mail/Text: bankruptcy@firstenergycorp.com Jun 09 2017 00:42:47      West Penn Power,
                  1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14390802        ##+Radiologic Consultants, LTD,    514 Pellis Road--Suite 200,    Greensburg, PA 15601-4593
14390777        ##+The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                       TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Chris J. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```