IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Chris J. Parrill ) | Case No.:  17-21210 JAD |
| Margaret A. Parrill ) | Chapter 13 |
|     Debtor ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Doc. No. 44 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Bank of America, N.A. ) | |
| ) | |
|     Respondent(s) ) | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

The Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges that was filed in the above-referenced case on September 13, 2018 (document #44) is hereby WITHDRAWN.  The hearing scheduled for November 2, 2018 is hereby CANCELLED.

                                              Respectfully submitted,

10/24/2018                                     /s/ Ronda J. Winnecour
date                                             Ronda J. Winnecour (PA I.D. #30399)
                                                  Attorney and Chapter 13 Trustee
                                                  U.S. Steel Tower – Suite 3250
                                                  600 Grant Street
                                                  Pittsburgh, PA  15219
                                                  (412) 471-5566
                                                  cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Chris J. Parrill<br>Margaret A. Parrill<br>    Debtor<br><br>Ronda J. Winnecour, Chapter 13<br>Trustee,<br><br>    Movant,<br><br>    Vs.<br>Bank of America, N.A.<br><br>    Respondent(s) | Case No.: 17-21210 JAD<br>Chapter 13<br><br>Related to Doc. No. 44 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Kimberly A. Foster
2549 Woodstock Avenue
Pittsburgh, PA  15218

Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd., Suite 400
Pittsburgh, PA  15235

SN Servicing Corporation
323 5th Street
Eureka, CA  95501

Michelle Ghidotti, Esquire
Law Offices of Michelle Ghidotti
5120 E. La Palma Avenue, Suite 206
Anaheim Hills, CA  92807

Robin P. Arkley II, President
SN Servicing Corporation
323 5th Street
Eureka, CA  95501

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


10/24/2018                          /S/ Renee Ward
date                                Administrative Assistant
                                    Office of the Chapter 13 Trustee
                                    US Steel Tower – Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    cmecf@chapter13trusteewdpa.com