IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHRIS J. PARRILL and<br>MARGARET A. PARRILL, | : | Bankruptcy No. 17-21210JAD |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 47 |
| RONDA J. WINNECOUR, CHAPTER<br>13 TRUSTEE, | : | |
| Movant(s),<br>vs. | : | Related To Doc. # 44 |
| BANK OF AMERICA, N.A., | : | |
| Respondent(s). | : | |

## ORDER

AND NOW, this **25th** day of **October**, **2018**, it appears to the Court that the movant has filed at Doc. #47 a *Withdrawal of Motion To Preclude Postpetition Mortgage Fees, Expenses and Charges* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 44 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #44 - *Motion To Preclude Postpetition Mortgage Fees, Expenses and Charges* for November 2, 2018, at 11:00 AM at Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is hereby CANCELLED.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

sjk

CASE ADMINISTRATOR TO MAIL:
    Debtors
    Debtors' Counsel
    James C. Warmbrodt, Esq.
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee

FILED
10/25/18 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00025268

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Chris J. Parrill  
Margaret A. Parrill  
       Debtors

Case No. 17-21210-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 1      Date Rcvd: Oct 25, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.  
db/jdb         +Chris J. Parrill,    Margaret A. Parrill,    224 Vine Street,    Connellsville, PA 15425-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:  
         Daniel R. White    on behalf of Debtor Chris J. Parrill dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                      TOTAL: 5