File No.: 8180-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Margaret A. Parrill, | : | Case No. 17-21210 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on December 6, 2019, I served a copy of the Court's December 6, 2019, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at WHG Companies, LLC, Attn: Payroll Manager, 980 American Drive, Neenah, WI 54956.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: December 6, 2019

                                                  ZEBLEY MEHALOV & WHITE, P.C.
                                                  BY

                                                  /s/ Daniel R. White
                                                     Daniel R. White
                                                     PA I.D. No. 78718
                                                     P.O. Box 2123
                                                     Uniontown, PA 15401
                                                     724-439-9200
                                                     Email: dwhite@Zeblaw.com
                                                     Attorneys for Debtors