IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-21210 JAD |
| | : | |
| Chris J. Parrill and Margaret A. Parrill, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Margaret A. Parrill, | : | |
| | : | |
| Movant, | : | Related to Doc. #52 |
| | : | |
| vs. | : | |
| | : | |
| Trailside Lodging, LP d/b/a | : | |
| Cobblestone Hotel and Suites and | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondents. | : | |
| | : | |

D #2 SSN: xxx-xx-1892

## ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, Margaret A. Parrill, filed a motion to terminate her wage attachment.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Trailside Lodging, LP d/b/a Cobblestone Hotel and Suites is hereby terminated.

DATED this ___6th___ day of _____December_____, 2019.

Prepared by Daniel R. White, Esq.

_____
U. S. BANKRUPTCY JUDGE
Jeffery A. Deller

cc:  Debtor: Margaret A. Parrill
     Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
     Office of the Standing Chapter 13 Trustee
     Employer: Trailside Lodging, LP d/b/a Cobblestone Hotel and Suites

FILED
12/6/19 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Chris J. Parrill
Margaret A. Parrill
    Debtors

Case No. 17-21210-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Dec 06, 2019
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
jdb          +Margaret A. Parrill,   224 Vine Street,   Connellsville, PA 15425-4850
                 +Trailside Lodging,LP dba Cobblestone Hotel & Suite,   Attn: Payroll Manger,
                980 American Drive,   Neenah, WI 54956-1363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
         Daniel R. White    on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com,
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
         Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com,
          gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                     TOTAL: 5