# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

06/23/2020

IN RE:

CHRIS J. PARRILL
MARGARET A. PARRILL
224 VINE STREET
CONNELLSVILLE,  PA  15425
XXX-XX-2761          Debtor(s)

XXX-XX-1892

Case No.17-21210 JAD

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/23/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.:  8951/PRAE |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | | |

| | | | |
|---|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  BOA/PRAE | | |

| | | | |
|---|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:3   INT %: 5.00% | | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | | ACCOUNT NO.:  7920 |
| PO BOX 78367 | | | |
| | CLAIM:  10,418.50 | | |
| PHOENIX, AZ  85062-8367 | COMMENT:  CL2GOV@5%MDF/PL~PMT/CONF | | |

| | | | |
|---|---|---|---|
| **BANK OF AMERICA** | Trustee Claim Number:4   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 7105 CORPORATE DR | Court Claim Number:4 | | ACCOUNT NO.:  3689 |
| | CLAIM:  0.00 | | |
| PLANO, TX  75024 | COMMENT:  PMT/DECL*DK4PMT-LMT*BGN 4/17 | | |

| | | | |
|---|---|---|---|
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:5   INT %: 6.00% | | CRED DESC:  VEHICLE |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:1 | | ACCOUNT NO.:  5502 |
| 25505 W 12 MILE RD STE 3000* | | | |
| | CLAIM:  3,000.00 | | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  CL1GOV@6%MDF/PL~PMT/CONF*W/51 | | |

| | | | |
|---|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| NEED VERIFICATION | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| | COMMENT:  OUTSIDE/PL*ND ADR~CROWN CORK AND SEAL 401K/SCH | | |

| | | | |
|---|---|---|---|
| **SOMERSET TRUST COMPANY** | Trustee Claim Number:7   INT %: 6.00% | | CRED DESC:  MORTGAGE PAID IN FULL |
| 151 WEST MAIN ST | Court Claim Number:NC | | ACCOUNT NO.:  2015 |
| | CLAIM:  200.00 | | |
| SOMERSET, PA  15501 | COMMENT:  $@6%MDF/PL~PRO RATA | | |

| | | | |
|---|---|---|---|
| **SUNDANCE VACATIONS** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| ATTN: LEGAL DEPT | Court Claim Number: | | ACCOUNT NO.:  5867 |
| 264 HIGHLAND PARK BLVD | | | |
| | CLAIM:  0.00 | | |
| WILKES BARRE, PA  18702 | COMMENT:  SURR/PL | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **TRI STATE FINANCIAL** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| PO BOX 2520 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| WILKES BARRE, PA  18703-0018 | COMMENT:  NT ADR/SCH | | |

| AHN EMERGENCY GROUP OF FAYETTE COUNT | Trustee Claim Number:11  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 401 EAST MURPHY AVE | Court Claim Number: | ACCOUNT NO.: 6385 |
| | CLAIM: 0.00 | |
| CONNELLSVILLE, PA 15425 | COMMENT: NT ADR/SCH | |

| ALLEGHENY RADIOLOGY ASSOCIATES++ | Trustee Claim Number:12  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 651 S CENTER AVE STE 102 | Court Claim Number: | ACCOUNT NO.: 015R |
| | CLAIM: 0.00 | |
| SOMERSET, PA 15501 | COMMENT: | |

| DR FELIX BRIZUELA | Trustee Claim Number:13  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 1271 SUNCREST TOWN CNTR | Court Claim Number: | ACCOUNT NO.: 4605 |
| | CLAIM: 0.00 | |
| MORGANTOWN, WV 26505 | COMMENT: | |

| BROOKS FUNERAL HOME | Trustee Claim Number:14  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 111 E GREEN ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CONNELLSVILLE, PA 15425 | COMMENT: NT ADR/SCH | |

| BUTLER ANESTHESIA ASSOCIATES | Trustee Claim Number:15  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 737 | Court Claim Number: | ACCOUNT NO.: 1811 |
| | CLAIM: 0.00 | |
| EAST BUTLER, PA 16029 | COMMENT: | |

| BUTLER MEMORIAL HOSPITAL | Trustee Claim Number:16  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ONE HOSPITAL WAY | Court Claim Number: | ACCOUNT NO.: 0768 |
| | CLAIM: 0.00 | |
| BUTLER, PA 16001 | COMMENT: | |

| BUREAUS INVESTMENT GROUP PORTFOLIO NO | Trustee Claim Number:17  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:7 | ACCOUNT NO.: 7031 |
| PO BOX 41031 | | |
| | CLAIM: 675.81 | |
| NORFOLK, VA 23541 | COMMENT: NO ACCT/SCH*CAP ONE*NO PMTS EVER*11/30/2016 CHG OFF | |

| QUANTUM3 GROUP LLC AGNT - MOMA FUNDING | Trustee Claim Number:18  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 788 | Court Claim Number:6 | ACCOUNT NO.: 4482 |
| | CLAIM: 215.54 | |
| KIRKLAND, WA 98083-0788 | COMMENT: COMENITY/CHRISTOPHER BANKS | |

| ELIZUR CORP | Trustee Claim Number:19  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 9800B MCKNIGHT RD | Court Claim Number: | ACCOUNT NO.: 6241 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15237 | COMMENT: | |

| EQUIANT FINANCIAL SVCS++ | Trustee Claim Number:20  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 4343 N SCOTTDALE RD | Court Claim Number: | ACCOUNT NO.: 4187 |
| | CLAIM: 0.00 | |
| SCOTTDALE, AZ 85251 | COMMENT: | |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **EXCELA HEALTH MEDICAL GROUP++**<br>520 JEFFERSON AVE STE 400<br>JEANNETTE, PA 15644-2538 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FAYETTE REGIONAL EYE CARE**<br>160 WAYLAND SMITH DR STE 100<br>UNIONTOWN, PA 15401 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 727.60<br>COMMENT: REF 3366141242 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7999 |
| **GLASS CAP FCU**<br>241 N PITTSBURGH ST<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 242.64<br>COMMENT: 0070/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9966 |
| **HIGHLANDS HOSPITAL & HEALTH CT**<br>401 E MURPHY AVE<br>CONNELLSVILLE, PA 15425 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ILLINOIS VALLEY RADIOLOGY PC**<br>PO BOX 11355<br>LANCASTER, PA 17605-1355 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7081 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 426.14<br>COMMENT: SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8951 |
| **BYRIDER FINANCE D/B/A CNAC**<br>12802 HAMILTON CROSSING BLVD<br>ATTN BANKRUPTCY DEPT<br>CARMEL, IN 46032 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 8,612.50<br>COMMENT: 5867~DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1451 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 3,294.27<br>COMMENT: 5317/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2653 |
| **PROGRESSIVE INSURANCE CO**<br>6300 WILSON MILLS RD W33<br>MAYFIELD VILLAGE, OH 44143 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0159 |

| | | |
|---|---|---|
| **RADIOLOGICAL CONSULTANTS LTD++**<br>RADIOLOGIC CONSULTANTS<br>514 PELLIS RD STE 200<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SPRINT CORP(\*)**<br>PO BOX 3326<br><br>ENGLEWOOD, CO  80155-3326 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7568 |
| **UNITY PATHOLOGY ASSOC**<br>POB 90040<br><br>PITTSBURGH, PA  15224 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0964 |
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  241.44<br>COMMENT:  0193/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1892 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WEST PENN POWER\***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  2,269.20<br>COMMENT:  0694/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1694 |
| **WESTMORELAND DIGESTIVE DISORDR**<br>443 FRYE FARM RD STE 200<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5156 |
| **WESTMORELAND EMER MED SPEC++**<br>501 W OTTERMAN ST<br><br>GREENSBURG, PA  15601-2146 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4789 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6362 |
| **CITY OF WILDWOOD FIRE AND RESCUE**<br>4400 NEW JERSEY AVE<br><br>WILDWOOD, NJ  08260 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8123 |

| | | |
|---|---|---|
| **THE BUREAUS INC** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 650 DUNDEE RD STE 370 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NORTHBROOK, IL  60062-2757 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT: | |

| | | |
|---|---|---|
| **BYRIDER FINANCE D/B/A CNAC** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 12802 HAMILTON CROSSING BLVD | Court Claim Number: | ACCOUNT NO.: |
| ATTN BANKRUPTCY DEPT | | |
| | CLAIM:  0.00 | |
| CARMEL, IN  46032 | COMMENT: | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 560 | | |
| | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICE** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 773 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NEEDHAM, MA  02494 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT: | |

| | | |
|---|---|---|
| **PRA AG FUNDING LLC** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT: | |

| | | |
|---|---|---|
| **SOURCE RECEIVABLES MANAGEMENT** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 4068 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENSBORO, NC  27404 | COMMENT: | |

| | | |
|---|---|---|
| **SOUTHERN CAPITAL ASSOC** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 6929 WILLIAMS RD STE 127 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NIAGARA FALLS, NY  14304-3086 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS++** | Trustee Claim Number:50  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2235 MERCURY WAY | Court Claim Number: | ACCOUNT NO.: |
| STE 275 | | |
| | CLAIM:  0.00 | |
| SANTA ROSA, CA  95407 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number:1 | ACCOUNT NO.:  5502 |
| 25505 W 12 MILE RD STE 3000* | | |
| | CLAIM:  2,426.10 | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  NO GEN UNS/SCH*W/5 | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 7105 CORPORATE DR | Court Claim Number:4 | ACCOUNT NO.:  3689 |
| | CLAIM:  10,428.71 | |
| PLANO, TX  75024 | COMMENT:  CL4GOV*9600/PL*THRU 3/17 | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:10 | ACCOUNT NO.:  7024 |
| PO BOX 772813 | | |
| | CLAIM:  392.48 | |
| CHICAGO, IL  60677-2813 | COMMENT:  ACCT NT/SCH*REF 3366140381 | |

| | | |
|---|---|---|
| **BANK OF AMERICA**** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 7105 CORPORATE DR | Court Claim Number:4 | ACCOUNT NO.:  3689 |
| | CLAIM:  0.00 | |
| PLANO, TX  75024 | COMMENT:  1150 NTC~ALL CHGS WAIVED AFTER TEE OBJ | |