File No.: 8180-002

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Chris J. Parrill, Sr. and Margaret A. Parrill, | : | Case No. 17-21210 JAD |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Chris J. Parrill, Sr. and Margaret A. Parrill, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtors, Chris J. Parrill, Sr. and Margaret A. Parrill, by and through their counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 3, 2020, at docket number 58, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by: Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: September 22, 2020

/s/ Chris J. Parrill, Sr.
Chris J. Parrill, Sr. , Debtor


/s/ Margaret A. Parrill
Margaret A. Parrill, Joint Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY: /s/ Daniel R. White
Daniel R. White, Esquire
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
dwhite@Zeblaw.com