**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CHRIS J. PARRILL<br>MARGARET A. PARRILL<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>   Movant<br>     vs.<br>  CHRIS J. PARRILL<br>MARGARET A. PARRILL<br><br>         Respondents | Case No.17-21210JAD<br><br>Chapter 13<br><br>Related to<br>Document No. __61__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __21st__ day of __September__, 20__20__ it is hereby ORDERED, ADJUDGED, and DECREED that,

Whg Co Llc
Attn: Payroll Manager
980 American Dr
Neenah, WI 54956

is hereby ordered to immediately terminate the attachment of the wages of MARGARET A. PARRILL, social security number XXX-XX-1892.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARGARET A. PARRILL.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
9/21/20 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Chris J. Parrill  
Margaret A. Parrill  
       Debtors

Case No. 17-21210-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro        Page 1 of 1        Date Rcvd: Sep 21, 2020  
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db/jdb       +Chris J. Parrill,   Margaret A. Parrill,   224 Vine Street,   Connellsville, PA 15425-4850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:  
          Brian Nicholas   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com  
          Daniel R. White   on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com,  
            gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
          Daniel R. White    on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com,  
            gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                             TOTAL: 5