**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Chris J. Parrill
aka Chris J. Parrill Sr.
Margaret A. Parrill**
   Debtor(s)

Bankruptcy Case No.: 17−21210−JAD

Chapter: 13
Docket No.: 67 − 66

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 28th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/6/21 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/20.**

                                           Jeffery A. Deller
                                           United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 17-21210-JAD
Chris J. Parrill                                                                                          Chapter 13
Margaret A. Parrill
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: jfur                     Page 1 of 3
Date Rcvd: Oct 29, 2020          Form ID: 408                Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris J. Parrill, Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |
| 14390771 | ++ | AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD, PO BOX 18939, BELFAST ME 04915-4084 address filed with court:, AHN Emergency Group of Fayette County, P.O. Box 638483, Cincinnati, OH 45263-8483 |
| 14390772 | + | Allegheny Radiology Associates, LTD, 651 South Center Avenue--Suite 102, Somerset, PA 15501-2811 |
| 14390774 | | Bank of America Mortgage, 475 CrossPoint Parkway, P.O. Box 9000, Getzville, NY 14068-9000 |
| 14643007 | | Bank of America, N.A, PO Box 31785, Tampa, FL 33631-3785 |
| 14409024 | + | Bank of America/BAC Home Loans Servicing, Bankruptcy Department, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14390776 | + | Brooks Funeral Home, 146 Municipal Road, Melcroft, PA 15462-1034 |
| 14390778 | #+ | Butler Anesthesia Associates, PC, P.O. Box 737, East Butler, PA 16029-0737 |
| 14390779 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14390781 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14390784 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14390817 | + | City of Wildwood Fire/Rescue, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729 |
| 14390788 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 14390789 | + | Equiant Financial Services, 4343 North Scottsdale Road, Scottsdale, AZ 85251-3343 |
| 14390790 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14390791 | + | Fayette Regional Eyecare, Inc., Suite 100--160 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14390792 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14390794 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14390797 | + | J.D. Byrider, 1615 Golden Mile Highway, Monroeville, PA 15146-2009 |
| 14390798 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14678692 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14390801 | | Progressive Insurance, P.O. Box 31260, Tampa, FL 33631-3260 |
| 14390802 | + | Radiologic Consultants, LTD, 514 Pellis Road--Suite 200, Greensburg, PA 15601-4593 |
| 14390803 | | Somerset Trust Company, 151 West Main Street, P.O. Box 777, Somerset, PA 15501-0777 |
| 14390805 | | Southern Capital Associates, P.O. Box 951, Williamsville, NY 14231-0951 |
| 14390807 | + | Sundance Vacations Network, Inc., 264 Highland Park Boulevard, Wilkes Barre, PA 18702-6711 |
| 14390777 | + | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14390808 | + | Transworld Systems, Inc., 2235 Mercury Way--Suite 275, Santa Rosa, CA 95407-5463 |
| 14390809 | | Tri State Financial, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14683840 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14390811 | + | UPMC Health Services, 2 Hot Metal Street--Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14390810 | | Unity Pathology Associates, P.O. Box 90040, Pittsburgh, PA 15224-0440 |
| 14390815 | | Westmoreland Emergency Med Specialists, 501 West Otterman Street--Suite B, Greensburg, PA 15601-2126 |
| 14390816 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: jfur | | Page 2 of 3 |
| Date Rcvd: Oct 29, 2020 | Form ID: 408 | | Total Noticed: 55 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14390773 | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2020 00:31:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14675570 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:41:59 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14390780 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 30 2020 00:41:57 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14390783 | + Email/Text: bankruptcy@jdbyrider.com | Oct 30 2020 00:32:00 | CNAC, Byrider Finance, LLC, 12802 Hamilton Crossing Boulevard, Carmel, IN 46032-5424 |
| 14390782 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 00:31:00 | Christopher & Banks/Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14390785 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 30 2020 00:31:00 | Credit Acceptance Corp., Silver Triangle Building, 25505 West Twelve Mile Road--Suite 3000, Southfield, MI 48034-1846 |
| 14390786 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2020 00:32:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 14390787 | + Email/Text: bdsupport@creditmanagementcompany.com | Oct 30 2020 00:32:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14390793 | + Email/Text: BDETRICK@GLASSCAPFCU.COM | Oct 30 2020 00:32:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 14390796 | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:13 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14390800 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:42:33 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14686727 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:42:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14391637 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:42:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681001 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2020 00:32:00 | Premier Bankcard LLC c o, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 14681005 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2020 00:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14673392 | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2020 00:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14390804 | Email/Text: clientservices@sourcerm.com | Oct 30 2020 00:32:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 14390806 | + Email/Text: appebnmailbox@sprint.com | Oct 30 2020 00:32:00 | Sprint, P.O. Box 8077, London, KY 40742-8077 |
| 14390812 | + Email/Text: BankruptcyNotice@upmc.edu | Oct 30 2020 00:32:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor--Customer Service, Pittsburgh, PA 15233-2212 |
| 14679407 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 30 2020 00:32:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14390813 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 30 2020 00:32:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 21

Case 17-21210-JAD    Doc 69    Filed 10/31/20    Entered 11/01/20 00:30:04    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: jfur | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: 408 | Total Noticed: 55 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14390775 | ##+ | Felix Brizuela, DO, PLLC, 1271 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14390795 | ## | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |
| 14390799 | ## | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14390814 | ## | Westmoreland Digestive Disorders Group, 443 Frye Farm Road--Suite 200, Greensburg, PA 15601-2339 |
| jdb | *+ | Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |

TOTAL: 1 Undeliverable, 5 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5