**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  CHRIS J. PARRILL<br>  MARGARET A. PARRILL<br>    Debtor(s)<br><br>  Ronda J. Winnecour<br>   Chapter 13 Trustee,<br>        Movant<br>      vs.<br>  No Respondents. | Case No.:17-21210 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/29/2017 and confirmed on 6/8/17. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,587.70 |
| Less Refunds to Debtor | 1,163.68 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,424.02 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 3,313.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,313.02 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA** | 0.00 | 30,396.78 | 0.00 | 30,396.78 |
|     Acct: 3689 | | | | |
|   BANK OF AMERICA** | 10,428.71 | 10,428.71 | 0.00 | 10,428.71 |
|     Acct: 3689 | | | | |
|   CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUNDANCE VACATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5867 | | | | |
|   ALLY FINANCIAL(*) | 10,418.50 | 10,418.50 | 922.62 | 11,341.12 |
|     Acct: 7920 | | | | |
|   CREDIT ACCEPTANCE CORP* | 3,000.00 | 3,000.00 | 179.53 | 3,179.53 |
|     Acct: 5502 | | | | |
|   SOMERSET TRUST COMPANY | 200.00 | 200.00 | 17.00 | 217.00 |
|     Acct: 2015 | | | | |
| | | | | 55,563.14 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRIS J. PARRILL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRIS J. PARRILL | 1,163.68 | 1,163.68 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3689 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   AHN EMERGENCY GROUP OF FAYETTE ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6385 | | | | |
|   ALLEGHENY RADIOLOGY ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 015R | | | | |
|   DR FELIX BRIZUELA++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4605 | | | | |
| BROOKS FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUTLER ANESTHESIA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1811 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0768 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 675.81 | 261.27 | 0.00 | 261.27 |
| Acct: 7031 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 215.54 | 83.33 | 0.00 | 83.33 |
| Acct: 4482 | | | | |
| ELIZUR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6241 | | | | |
| EQUIANT FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4187 | | | | |
| EXCELA HEALTH MEDICAL GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE REGIONAL EYE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 727.60 | 281.29 | 0.00 | 281.29 |
| Acct: 7999 | | | | |
| GLASS CAP FCU | 242.64 | 93.80 | 0.00 | 93.80 |
| Acct: 9966 | | | | |
| HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ILLINOIS VALLEY RADIOLOGY PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7081 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 426.14 | 164.75 | 0.00 | 164.75 |
| Acct: 8951 | | | | |
| BYRIDER FINANCE D/B/A CNAC | 8,612.50 | 3,329.59 | 0.00 | 3,329.59 |
| Acct: 1451 | | | | |
| MARINER FINANCE LLC | 3,294.27 | 1,273.56 | 0.00 | 1,273.56 |
| Acct: 2653 | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0159 | | | | |
| RADIOLOGICAL CONSULTANTS LTD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7568 | | | | |
| UNITY PATHOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0964 | | | | |
| UPMC COMMUNITY MEDICINE | 241.44 | 93.34 | 0.00 | 93.34 |
| Acct: 1892 | | | | |
| UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 2,269.20 | 877.27 | 0.00 | 877.27 |
| Acct: 1694 | | | | |
| WESTMORELAND DIGESTIVE DISORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5156 | | | | |
| WESTMORELAND EMER MED SPEC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4789 | | | | |
| WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6362 | | | | |
| CITY OF WILDWOOD FIRE AND RESCUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8123 | | | | |
| CREDIT ACCEPTANCE CORP* | 2,426.10 | 937.93 | 0.00 | 937.93 |
| Acct: 5502 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 392.48 | 151.73 | 0.00 | 151.73 |
| Acct: 7024 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: XXXXXPRAE | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRI STATE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BYRIDER FINANCE D/B/A CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOURCE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHERN CAPITAL ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,547.86 |

TOTAL PAID TO CREDITORS                                                                        63,111.00

TOTAL CLAIMED
PRIORITY         0.00
SECURED     24,047.21
UNSECURED   19,523.72

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHRIS J. PARRILL
    MARGARET A. PARRILL
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-21210 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Chris J. Parrill  
Margaret A. Parrill  
    Debtor(s)

Case No. 17-21210-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jfur      Page 1 of 3  
Date Rcvd: Oct 29, 2020      Form ID: pdf900      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris J. Parrill, Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |
| 14390771 | ++ | AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD, PO BOX 18939, BELFAST ME 04915-4084 address filed with court:, AHN Emergency Group of Fayette County, P.O. Box 638483, Cincinnati, OH 45263-8483 |
| 14390772 | + | Allegheny Radiology Associates, LTD, 651 South Center Avenue--Suite 102, Somerset, PA 15501-2811 |
| 14390774 | | Bank of America Mortgage, 475 CrossPoint Parkway, P.O. Box 9000, Getzville, NY 14068-9000 |
| 14643007 | | Bank of America, N.A, PO Box 31785, Tampa, FL 33631-3785 |
| 14409024 | + | Bank of America/BAC Home Loans Servicing, Bankruptcy Department, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14390776 | + | Brooks Funeral Home, 146 Municipal Road, Melcroft, PA 15462-1034 |
| 14390778 | #+ | Butler Anesthesia Associates, PC, P.O. Box 737, East Butler, PA 16029-0737 |
| 14390779 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14390781 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14390784 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14390817 | + | City of Wildwood Fire/Rescue, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729 |
| 14390788 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 14390789 | + | Equiant Financial Services, 4343 North Scottsdale Road, Scottsdale, AZ 85251-3343 |
| 14390790 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14390791 | + | Fayette Regional Eyecare, Inc., Suite 100--160 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14390792 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14390794 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14390797 | + | J.D. Byrider, 1615 Golden Mile Highway, Monroeville, PA 15146-2009 |
| 14390798 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14678692 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14390801 | | Progressive Insurance, P.O. Box 31260, Tampa, FL 33631-3260 |
| 14390802 | + | Radiologic Consultants, LTD, 514 Pellis Road--Suite 200, Greensburg, PA 15601-4593 |
| 14390803 | | Somerset Trust Company, 151 West Main Street, P.O. Box 777, Somerset, PA 15501-0777 |
| 14390805 | | Southern Capital Associates, P.O. Box 951, Williamsville, NY 14231-0951 |
| 14390807 | + | Sundance Vacations Network, Inc., 264 Highland Park Boulevard, Wilkes Barre, PA 18702-6711 |
| 14390777 | + | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14390808 | + | Transworld Systems, Inc., 2235 Mercury Way--Suite 275, Santa Rosa, CA 95407-5463 |
| 14390809 | | Tri State Financial, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14683840 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14390811 | + | UPMC Health Services, 2 Hot Metal Street--Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14390810 | | Unity Pathology Associates, P.O. Box 90040, Pittsburgh, PA 15224-0440 |
| 14390815 | | Westmoreland Emergency Med Specialists, 501 West Otterman Street--Suite B, Greensburg, PA 15601-2126 |
| 14390816 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 17-21210-JAD   Doc 70   Filed 10/31/20   Entered 11/01/20 00:30:04   Desc Imaged
                              Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 55 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14390773 | Email/Text: ally@ebn.phinsolutions.com | Oct 30 2020 00:31:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14675570 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:42:15 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14390780 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 30 2020 00:41:57 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14390783 | + Email/Text: bankruptcy@jdbyrider.com | Oct 30 2020 00:32:00 | CNAC, Byrider Finance, LLC, 12802 Hamilton Crossing Boulevard, Carmel, IN 46032-5424 |
| 14390782 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2020 00:31:00 | Christopher & Banks/Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14390785 | + Email/Text: ebnnotifications@creditacceptance.com | Oct 30 2020 00:31:00 | Credit Acceptance Corp., Silver Triangle Building, 25505 West Twelve Mile Road--Suite 3000, Southfield, MI 48034-1846 |
| 14390786 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2020 00:32:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 14390787 | + Email/Text: bdsupport@creditmanagementcompany.com | Oct 30 2020 00:32:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14390793 | + Email/Text: BDETRICK@GLASSCAPFCU.COM | Oct 30 2020 00:32:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 14390796 | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:30 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14390800 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:41:59 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14686727 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:41:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14391637 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2020 00:42:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681001 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2020 00:32:00 | Premier Bankcard LLC c o, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 14681005 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2020 00:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14673392 | Email/Text: bnc-quantum@quantum3group.com | Oct 30 2020 00:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14390804 | Email/Text: clientservices@sourcerm.com | Oct 30 2020 00:32:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 14390806 | + Email/Text: appebnmailbox@sprint.com | Oct 30 2020 00:32:00 | Sprint, P.O. Box 8077, London, KY 40742-8077 |
| 14390812 | + Email/Text: BankruptcyNotice@upmc.edu | Oct 30 2020 00:32:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor--Customer Service, Pittsburgh, PA 15233-2212 |
| 14679407 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 30 2020 00:32:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14390813 | + Email/Text: bankruptcy@firstenergycorp.com | Oct 30 2020 00:32:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14390775 | ##+ | Felix Brizuela, DO, PLLC, 1271 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14390795 | ## | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |
| 14390799 | ## | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14390814 | ## | Westmoreland Digestive Disorders Group, 443 Frye Farm Road--Suite 200, Greensburg, PA 15601-2339 |
| jdb | *+ | Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |

TOTAL: 1 Undeliverable, 5 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5