| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Chris J. Parrill** | Social Security number or ITIN  **xxx−xx−2761** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Margaret A. Parrill** | Social Security number or ITIN  **xxx−xx−1892** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **17−21210−JAD** | | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Chris J. Parrill                                           Margaret A. Parrill
aka Chris J. Parrill Sr.

12/29/20                                                   **By the court:**   Jeffery A. Deller
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21210-JAD |
| Chris J. Parrill | Chapter 13 |
| Margaret A. Parrill | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 4 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris J. Parrill, Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |
| 14390771 | ++ | AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD, PO BOX 18939, BELFAST ME 04915-4084 address filed with court:, AHN Emergency Group of Fayette County, P.O. Box 638483, Cincinnati, OH 45263-8483 |
| 14390772 | + | Allegheny Radiology Associates, LTD, 651 South Center Avenue--Suite 102, Somerset, PA 15501-2811 |
| 14390776 | + | Brooks Funeral Home, 146 Municipal Road, Melcroft, PA 15462-1034 |
| 14390778 | #+ | Butler Anesthesia Associates, PC, P.O. Box 737, East Butler, PA 16029-0737 |
| 14390779 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14390781 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14390784 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14390817 | + | City of Wildwood Fire/Rescue, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729 |
| 14390788 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 14390789 | + | Equiant Financial Services, 4343 North Scottsdale Road, Scottsdale, AZ 85251-3343 |
| 14390790 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14390791 | + | Fayette Regional Eyecare, Inc., Suite 100--160 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14390794 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14390797 | + | J.D. Byrider, 1615 Golden Mile Highway, Monroeville, PA 15146-2009 |
| 14390798 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14678692 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14390801 | | Progressive Insurance, P.O. Box 31260, Tampa, FL 33631-3260 |
| 14390802 | + | Radiologic Consultants, LTD, 514 Pellis Road--Suite 200, Greensburg, PA 15601-4593 |
| 14390803 | | Somerset Trust Company, 151 West Main Street, P.O. Box 777, Somerset, PA 15501-0777 |
| 14390805 | | Southern Capital Associates, P.O. Box 951, Williamsville, NY 14231-0951 |
| 14390807 | + | Sundance Vacations Network, Inc., 264 Highland Park Boulevard, Wilkes Barre, PA 18702-6711 |
| 14390777 | + | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14390808 | + | Transworld Systems, Inc., 2235 Mercury Way--Suite 275, Santa Rosa, CA 95407-5463 |
| 14390809 | | Tri State Financial, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14683840 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14390811 | + | UPMC Health Services, 2 Hot Metal Street--Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14390810 | | Unity Pathology Associates, P.O. Box 90040, Pittsburgh, PA 15224-0440 |
| 14390815 | | Westmoreland Emergency Med Specialists, 501 West Otterman Street--Suite B, Greensburg, PA 15601-2126 |
| 14390816 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | | |
| | | Dec 30 2020 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 17-21210-JAD   Doc 77   Filed 12/31/20   Entered 01/01/21 00:38:26   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: bsil | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | 17128-0946 |
| | | | | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14390773 | | EDI: GMACFS.COM | Dec 30 2020 05:43:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14390774 | | EDI: BANKAMER2.COM | Dec 30 2020 05:43:00 | Bank of America Mortgage, 475 CrossPoint Parkway, P.O. Box 9000, Getzville, NY 14068-9000 |
| 14643007 | | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bank of America, N.A, PO Box 31785, Tampa, FL 33631-3785 |
| 14409024 | + | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bank of America/BAC Home Loans Servicing, Bankruptcy Department, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14675570 | + | EDI: PRA.COM | Dec 30 2020 05:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14390780 | | EDI: CAPITALONE.COM | Dec 30 2020 05:43:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14390783 | + | Email/Text: bankruptcy@jdbyrider.com | Dec 30 2020 02:00:00 | CNAC, Byrider Finance, LLC, 12802 Hamilton Crossing Boulevard, Carmel, IN 46032-5424 |
| 14390782 | | EDI: WFNNB.COM | Dec 30 2020 05:43:00 | Christopher & Banks/Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14390785 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 30 2020 01:59:00 | Credit Acceptance Corp., Silver Triangle Building, 25505 West Twelve Mile Road--Suite 3000, Southfield, MI 48034-1846 |
| 14390786 | + | EDI: CCS.COM | Dec 30 2020 05:43:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 14390787 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 30 2020 02:00:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14390792 | | EDI: AMINFOFP.COM | Dec 30 2020 05:43:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14390793 | + | Email/Text: BDETRICK@GLASSCAPFCU.COM | Dec 30 2020 02:00:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 14390796 | | EDI: RMSC.COM | Dec 30 2020 05:43:00 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14390800 | | EDI: PRA.COM | Dec 30 2020 05:43:00 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14686727 | | EDI: PRA.COM | Dec 30 2020 05:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14391637 | + | EDI: PRA.COM | Dec 30 2020 05:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681001 | + | EDI: JEFFERSONCAP.COM | Dec 30 2020 05:43:00 | Premier Bankcard LLC c o, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 14681005 | + | EDI: JEFFERSONCAP.COM | | |

| District/off: 0315-2 | User: bsil | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 30 2020 05:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14673392 | | EDI: Q3G.COM | Dec 30 2020 05:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14390804 | | Email/Text: clientservices@sourcerm.com | Dec 30 2020 02:00:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 14390806 | + | EDI: NEXTEL.COM | Dec 30 2020 05:43:00 | Sprint, P.O. Box 8077, London, KY 40742-8077 |
| 14390812 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 30 2020 02:00:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor--Customer Service, Pittsburgh, PA 15233-2212 |
| 14679407 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2020 02:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14390813 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2020 02:00:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14390775 | ##+ | Felix Brizuela, DO, PLLC, 1271 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14390795 | ## | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |
| 14390799 | ## | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14390814 | ## | Westmoreland Digestive Disorders Group, 443 Frye Farm Road--Suite 200, Greensburg, PA 15601-2339 |

TOTAL: 1 Undeliverable, 5 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 4 of 4 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 57 |

Daniel R. White
    on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com
    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Daniel R. White
    on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com
    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5