**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
  CHRIS J. PARRILL
  MARGARET A. PARRILL
          Debtor(s)

  Ronda J. Winnecour
          Movant
      vs.
  No Repondents.

Case No.:17-21210 JAD

Chapter 13

Document No.: 66

FILED
12/29/20 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __29th__ day of __December__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Chris J. Parrill  
Margaret A. Parrill  
    Debtor(s)

Case No. 17-21210-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 3  
Date Rcvd: Dec 29, 2020      Form ID: pdf900      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris J. Parrill, Margaret A. Parrill, 224 Vine Street, Connellsville, PA 15425-4850 |
| 14390771 | ++ | AHN EMERGENCY GROUP OF FAYETTE COUNTY LTD, PO BOX 18939, BELFAST ME 04915-4084 address filed with court:, AHN Emergency Group of Fayette County, P.O. Box 638483, Cincinnati, OH 45263-8483 |
| 14390772 | + | Allegheny Radiology Associates, LTD, 651 South Center Avenue--Suite 102, Somerset, PA 15501-2811 |
| 14390774 | | Bank of America Mortgage, 475 CrossPoint Parkway, P.O. Box 9000, Getzville, NY 14068-9000 |
| 14643007 | | Bank of America, N.A, PO Box 31785, Tampa, FL 33631-3785 |
| 14409024 | + | Bank of America/BAC Home Loans Servicing, Bankruptcy Department, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14390776 | + | Brooks Funeral Home, 146 Municipal Road, Melcroft, PA 15462-1034 |
| 14390778 | #+ | Butler Anesthesia Associates, PC, P.O. Box 737, East Butler, PA 16029-0737 |
| 14390779 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14390781 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14390784 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 363 Vanadium Road--Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14390817 | + | City of Wildwood Fire/Rescue, 4400 New Jersey Avenue, Wildwood, NJ 08260-1729 |
| 14390788 | | Elizur Corporation, 9800 A McKnight Road, Pittsburgh, PA 15237-6003 |
| 14390789 | + | Equiant Financial Services, 4343 North Scottsdale Road, Scottsdale, AZ 85251-3343 |
| 14390790 | | Excela Health Medical Group, P.O. Box 645189, Pittsburgh, PA 15264-5189 |
| 14390791 | + | Fayette Regional Eyecare, Inc., Suite 100--160 Wayland Smith Drive, Uniontown, PA 15401-2677 |
| 14390792 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14390794 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14390797 | + | J.D. Byrider, 1615 Golden Mile Highway, Monroeville, PA 15146-2009 |
| 14390798 | + | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14678692 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14390801 | | Progressive Insurance, P.O. Box 31260, Tampa, FL 33631-3260 |
| 14390802 | + | Radiologic Consultants, LTD, 514 Pellis Road--Suite 200, Greensburg, PA 15601-4593 |
| 14390803 | | Somerset Trust Company, 151 West Main Street, P.O. Box 777, Somerset, PA 15501-0777 |
| 14390805 | | Southern Capital Associates, P.O. Box 951, Williamsville, NY 14231-0951 |
| 14390807 | + | Sundance Vacations Network, Inc., 264 Highland Park Boulevard, Wilkes Barre, PA 18702-6711 |
| 14390777 | + | The Bureaus, 1717 Central Street, Evanston, IL 60201-1507 |
| 14390808 | + | Transworld Systems, Inc., 2235 Mercury Way--Suite 275, Santa Rosa, CA 95407-5463 |
| 14390809 | | Tri State Financial, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 14683840 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14390811 | + | UPMC Health Services, 2 Hot Metal Street--Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14390810 | | Unity Pathology Associates, P.O. Box 90040, Pittsburgh, PA 15224-0440 |
| 14390815 | | Westmoreland Emergency Med Specialists, 501 West Otterman Street--Suite B, Greensburg, PA 15601-2126 |
| 14390816 | + | Westmoreland Hospital, 532 West Pittsburgh Street, Greensburg, PA 15601-2282 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: bsil | | Page 2 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | | Total Noticed: 55 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14390773 | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2020 01:59:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14675570 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:29:57 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14390780 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:36:16 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14390783 | + Email/Text: bankruptcy@jdbyrider.com | Dec 30 2020 02:00:00 | CNAC, Byrider Finance, LLC, 12802 Hamilton Crossing Boulevard, Carmel, IN 46032-5424 |
| 14390782 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2020 01:59:00 | Christopher & Banks/Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14390785 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 30 2020 01:59:00 | Credit Acceptance Corp., Silver Triangle Building, 25505 West Twelve Mile Road--Suite 3000, Southfield, MI 48034-1846 |
| 14390786 | + Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2020 02:00:00 | Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 14390787 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 30 2020 02:00:00 | Credit Management Company, 2121 Noblestown Road, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14390793 | + Email/Text: BDETRICK@GLASSCAPFCU.COM | Dec 30 2020 02:00:00 | Glass Cap Federal Credit Union, 241 North Pittsburgh Street, Connellsville, PA 15425-3209 |
| 14390796 | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:36:13 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14390800 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:24:35 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14686727 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:24:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14391637 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:36:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681001 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2020 02:00:00 | Premier Bankcard LLC c o, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 14681005 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 30 2020 02:00:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14673392 | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2020 01:59:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14390804 | Email/Text: clientservices@sourcerm.com | Dec 30 2020 02:00:00 | Source Receivables Management, P.O. Box 4068, Greensboro, NC 27404-4068 |
| 14390806 | + Email/Text: appebnmailbox@sprint.com | Dec 30 2020 02:00:00 | Sprint, P.O. Box 8077, London, KY 40742-8077 |
| 14390812 | + Email/Text: BankruptcyNotice@upmc.edu | Dec 30 2020 02:00:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor--Customer Service, Pittsburgh, PA 15233-2212 |
| 14679407 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2020 02:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14390813 | + Email/Text: bankruptcy@firstenergycorp.com | Dec 30 2020 02:00:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14390775 | ##+ | Felix Brizuela, DO, PLLC, 1271 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14390795 | ## | Illinois Valley Radiology, PC, P.O. Box 11355, Lancaster, PA 17605-1355 |
| 14390799 | ## | Mariner Finance, P.O. Box 35394, Baltimore, MD 21222-7394 |
| 14390814 | ## | Westmoreland Digestive Disorders Group, 443 Frye Farm Road--Suite 200, Greensburg, PA 15601-2339 |

TOTAL: 1 Undeliverable, 5 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Chris J. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Daniel R. White | on behalf of Joint Debtor Margaret A. Parrill zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5